**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7698**

---

JOHN PRICE, JR.,

                                        Plaintiff - Appellant,

        versus

DEPARTMENT OF CORRECTIONS, Officers; MEDICAL
DEPARTMENT; OFFICERS OF GREENSVILLE CORREC-
TIONAL CENTER,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, District
Judge. (CA-92-1560-AM, CA-93-13-AM, CA-93-14-AM, CA-93-15-AM, CA-
93-16-AM)

---

Submitted:  February 27, 1996          Decided:  March 19, 1996

---

Before MURNAGHAN, HAMILTON, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John Price, Jr., Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Price v. Department of Corrections, Nos. CA-92-1560-AM; CA-93-13-AM; CA-93-14-AM; CA-93-15-AM; CA-93-16-AM (E.D. Va. Mar. 28, 1994). We modify the district court's order to one of dismissal because the unexecuted affidavits on which the district court relied were insufficient to support any findings. See Fed. R. Civ. P. 56 (required form of affidavits). Further, the record does not support the district court's statement that Appellant was given the notice required by Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED